# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

142431-2(49)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v                                                    SC: 142431
                                                     COA: 298514
                                                     Macomb CC: 2006-003114-FH
JOHN NIEMIEC,                                                    2006-003117-FC
    Defendant-Appellant.

_____/

IN RE NIEMIEC

_____

JOHN NIEMIEC,
    Plaintiff-Appellant,

v                                                    SC: 142432
                                                     COA: 298689
                                                     Macomb CC: 2006-003114-FH
MACOMB CIRCUIT COURT
    Defendant-Appellee.

_____/

On order of the Court, the motion for reconsideration of this Court's November 20, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

VIVIANO, J., not participating because he was the Chief Judge of the 16th Judicial Circuit Court before his appointment to this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

_____
Clerk

d0422